In the Matter of the Claim of Rose M. Doulin, Appellant, against City of Saratoga Springs et al., Respondents.

State Industrial Board, Appellant.

(Argued January 11, 1933; decided January 27, 1933.)

*John F. Doyle* for claimant-appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, appellant.

*Merton D. Meeker* for respondents.

Order affirmed with costs against the State Industrial Board; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.